UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RONALD FITZGERALD MAIR,

          Petitioner,

          v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

          Respondents.

Case No. 5:25-cv-02869-ODW-DTB

**ORDER ACCEPTING
CONCLUSIONS AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein and the Court has made a de novo determination of those portions of the Report and Recommendation to which objections have been made. Consistent with the Court's orders denying Petitioner's applications for temporary restraining orders, the Court concurs with and accepts the conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: June 23, 2026

OTIS D. WRIGHT, II
United States District Judge