JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONALD FITZGERALD MAIR, | Case No. 5:25-cv-02869-ODW-DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 23, 2026 _____        _____

OTIS D. WRIGHT, II
United States District Judge

1